UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE,            )<br>                                                       )<br>         Plaintiff,                          )<br>                                                       )<br>v.                                                   )<br>                                                       )<br>AMERICAN COLLEGE OF CARDIOLOGY, INC.  )<br>                                                       )<br>and                                                )<br>                                                       )<br>AMERICAN COLLEGE OF CARDIOLOGY  )<br>FOUNDATION                             )<br>                                                       )<br>         Defendants.                    )<br>                                                       )   | C.A. No. 06-1813<br>(Robertson, J.) |

## NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Plaintiff Christine W. McEntee:

Daniel B. Edelman
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue NW
Sixth Floor
Washington, D.C. 20009
Telephone: 202-244-1140
Fax:  202-244-1148
email: edelman@kmblegal.com

                                                                                   [s]
                                                           Daniel B. Edelman

## **CERTIFICATE OF SERVICE**

Undersigned certifies that a copy of the foregoing Notice of Appearance was served this 8th day of November 2006 by first-class mail postage prepaid on:

Stewart Manela, Esq.
Arent Fox
1050 Connecticut Ave. NW
Washington, D.C. 20036

counsel for Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation.

                                                          [s]
                                      Daniel B. Edelman