UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHRISTINE W. MCENTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| AMERICAN COLLEGE OF CARDIOLOGY, INC. | ) | |
| | ) | |
| and | ) | |
| | ) | C.A. No. 06-1813 |
| AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION | ) | (Robertson, J.) |
| | ) | |
| Defendants. | ) | |

## PROOF OF SERVICE

As shown by the accompanying Declaration of Lisa J. Banks, Esq., Plaintiff effected service of the Complaint and Summonses directed to Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation by hand-delivery to Stewart Manela at Arent Fox, 1050 Connecticut Avenue NW, Washington, D.C. 20015 who agreed to accept service on behalf of both defendants.

Respectfully submitted,

_____[s]_____
Debra S. Katz        D.C. Bar #411861
Lisa J. Banks        D.C. Bar #470948
Daniel B. Edelman    D.C. Bar # 75101
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
Phone:  (202) 299-1140
Fax:  (202) 299-1148

Attorneys for Plaintiff Christine W. McEntee

DATED: November 8, 2006

## CERTIFICATE OF SERVICE

Undersigned certifies that copies of the foregoing Proof of Service and Declaration of Lisa J. Banks were served this 8th day of November 2006 by first-class mail postage prepaid on:

Stewart Manela, Esq.
Arent Fox
1050 Connecticut Ave. NW
Washington, D.C. 20036

counsel for Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation.

                                                                             [s]
                                                Daniel B. Edelman

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE,<br><br>     Plaintiff,<br><br>v.<br><br>AMERICAN COLLEGE OF CARDIOLOGY, INC.<br><br>and<br><br>AMERICAN COLLEGE OF CARDIOLOGY<br>FOUNDATION<br><br>     Defendants. | C.A. No. 06-1813<br>(Robertson, J.) |

### DECLARATION OF LISA J. BANKS

I, Lisa J Banks declare and state as follows:

1. I am one of the counsel for plaintiff Christine W. McEntee in the above-captioned matter. I am making this Declaration in support of plaintiff's Proof of Service of the Complaint and Summonses.

2. On October 31, 2006, I caused copies of the Complaint and Summonses directed to Defendants American College of Cardiology, Inc. and the American College of Cardiology Foundation to be delivered by hand to Stewart Manela at his office at Arent Fox, 1050 Connecticut Avenue NW, Washington, D.C. 20036. Mr. Manela agreed to accept service of the Complaint and summonses on behalf of both defendants.

I hereby certify under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

                                         _____
                                         Lisa J. Banks

Date: 11/8/06