UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE W. MCENTEE,** )<br> )<br>*Plaintiff,* )<br> )<br>v. )<br> )<br>**AMERICAN COLLEGE OF CARDIOLOGY, INC.,** )<br> )<br>and )<br> )<br>**AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION,** )<br> )<br>*Defendants.* ) | **Case No. 1:06CV01813** |

**CONSENT ORDER FOR EXTENSION OF TIME**

In consideration of the joint request of the parties to extend the time for Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation, to answer or otherwise plead in response to the Complaint filed in this matter, it is hereby

ORDERED that the answer or any other responsive pleading or motion of Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation shall be filed by December 20, 2006.

JAMES ROBERTSON
UNITED STATES DISTRICT COURT JUDGE

**WE ASK FOR THIS:**

/s/ Stewart S. Manela
Stewart S. Manela
**Arent Fox PLLC**
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5339

Counsel for American College of Cardiology, Inc.
and American College of Cardiology Foundation

/s/ Lisa J. Banks
Lisa J. Banks
Daniel B. Edelman
**Katz, Marshall & Banks, LLP**
1718 Connecticut Avenue, N.W.
Washington, D.C. 20009

Counsel for Christine W. McEntee

LDR/184561.1