UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE,<br><br>    *Plaintiff*,<br><br>  v.<br><br>AMERICAN COLLEGE OF CARDIOLOGY, INC.,<br><br>and<br><br>AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION,<br><br>    *Defendants*. | Case No. 1:06CV01813 |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD IN RESPONSE TO THE COMPLAINT**

Defendants, American College of Cardiology, Inc. and American College of Cardiology Foundation, hereby request the Court to extend the time in which Defendants must respond to the Complaint filed in this matter and enter the attached Consent Order for Extension of Time. In support of this request Defendants state as follows:

1. By agreement between counsel for Plaintiff and counsel for Defendants, the Summons and Complaint in this matter were served upon counsel for Defendants on October 31, 2006.

2. Due to the press of other matters on which Defendants' counsel is working, Defendants counsel was unable to respond within the time allowed by the rules for answering the Complaint.

3. Counsel for Plaintiff and counsel for Defendants agreed that the answer or any other responsive pleading or motion of Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation would be filed by December 20, 2006. Counsel for the parties have agreed upon the attached Consent Order for Extension of Time.

WHEREFORE, defendants respectfully request that the Court grant the requested extension of time and enter the attached Order.

>Respectfully submitted,
>
>/s/ Stewart S. Manela
>Stewart S. Manela
>**Arent Fox PLLC**
>1050 Connecticut Avenue, N.W.
>Washington, DC 20036-5339
>
>Counsel for American College of Cardiology, Inc. and American College of Cardiology Foundation

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE W. MCENTEE,**<br><br>    *Plaintiff,*<br><br>    v.<br><br>**AMERICAN COLLEGE OF CARDIOLOGY, INC.,**<br><br>and<br><br>**AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION,**<br><br>    *Defendants.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **Case No. 1:06CV01813**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSENT ORDER FOR EXTENSION OF TIME**

In consideration of the joint request of the parties to extend the time for Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation, to answer or otherwise plead in response to the Complaint filed in this matter, it is hereby

ORDERED that the answer or any other responsive pleading or motion of Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation shall be filed by December 20, 2006.

                                            JAMES ROBERTSON
                                            UNITED STATES DISTRICT COURT JUDGE

**WE ASK FOR THIS:**

/s/ Stewart S. Manela                                  /s/ Lisa J. Banks
Stewart S. Manela                                              Lisa J. Banks
**Arent Fox PLLC**                                          Daniel B. Edelman
1050 Connecticut Avenue, N.W.           **Katz, Marshall & Banks, LLP**
Washington, DC 20036-5339               1718 Connecticut Avenue, N.W.
                                                          Washington, D.C. 20009

Counsel for American College of Cardiology, Inc.
and American College of Cardiology Foundation      Counsel for Christine W. McEntee

LDR/184561.1