# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CHRISTINE W. MCENTEE,** | ) |
| | ) |
| **Plaintiff, Counterclaim-Defendant** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **AMERICAN COLLEGE OF CARDIOLOGY, INC.** | ) **C.A.  No. 06-1813 (JR)** |
| | ) |
| **and** | ) |
| | ) |
| **AMERICAN COLLEGE OF CARDIOLOGY** | ) |
| **FOUNDATION,** | ) |
| | ) |
| **Defendants, Counterclaim-Plaintiffs.** | ) |
| | ) |
| | ) |

## NOTICE OF APPEARANCE

Please enter my appearance as additional counsel for Plaintiff, Counterclaim-Defendant

Christine W. McEntee.

Debra S. Katz
Katz, Marshall & Banks, LLP
1718 Connecticut Avenue NW
Sixth Floor
Washington, D.C. 20009
Telephone: 202-244-1140
Fax: 202-244-1148
email: katz@kmblegal.com

_____
/s/
Debra S. Katz