UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| AMERICAN COLLEGE OF CARDIOLOGY, INC. ) | C.A. No. 06-1813 (JR) |
| ) | |
| and ) | |
| ) | |
| AMERICAN COLLEGE OF CARDIOLOGY ) | |
| FOUNDATION, ) | |
| ) | |
| Defendants/Counter-Plaintiffs. ) | |

**JOINT PROPOSED SCHEDULING REPORT TO THE COURT**

Pursuant to Local Civil Rule 16.3(c), the parties met and conferred by telephone on January 18, 2007, and provide the following joint statement:

1. The parties believe that issues in the case may be determined by dispositive motion, in whole or in part. No dispositive motion has yet been filed.

2. The parties do not anticipate that other parties will be joined. No factual or legal issues can be agreed upon or narrowed at this time.

3. The parties will not agree to the assignment of this matter to a magistrate judge for all purposes.

4. It is too early to determine if the case can be settled, but the parties are amenable to holding such discussions in the future.

5. The parties are open to the Court's ADR process and believe it may be beneficial; however, they believe that is too early at this point, until further discussions are had, to determine whether the case can be settled.

6. The parties believe that issues in the case may be determined by dispositive motion, in whole or in part. The parties suggest the following schedule: (a) dispositive motions, if any, shall be filed no later than 30 days after the close of discovery; (b) the opposition memorandum will be filed 30 days thereafter; and (c) the reply memorandum, if any, will be filed 14 days after the opposition memorandum has been filed.

7. The parties do not agree to dispense with initial disclosures required by Fed. R. Civ. P. 26(a)(1), and the timing for such disclosures should be within fifteen (15) days of the entry of a scheduling order in this case.

8. The parties believe that discovery should be for a seven (7) month period, ending on or about August 31, 2007. The parties agree that because many of the witnesses in this case are cardiologists, and deposition scheduling may be more difficult than usual, it may be necessary as discovery progresses for the parties to request an additional month or two of discovery. Limitations on discovery should be those set forth in the Federal Rules of Civil Procedure and the Local Rules, although Plaintiff/Counterclaim Defendant expects to request more than the standard 10 depositions be allowed due to the number of witnesses with relevant information. A protective order may be necessary in this case and, if so, the parties will attempt to agree on a proposed protective order for the Court.

9. The parties are uncertain as to whether any expert witnesses will be used in this case. In the event a party decides to use expert testimony, the parties agree that the designation

of an expert witness will be made, if at all, no later than three (3) months after discovery has commenced, any rebuttal expert designated within one (1) month from that time, and that all depositions of expert witnesses will be completed during the regular discovery period.

10. This is not a class action.

11. Birfurcation is not needed.

12. The parties believe that a pretrial date should be set for 60 days after the close of discovery and that the Court should set a firm trial date at the pretrial conference.

The Court is respectfully referred to the enclosed proposed Scheduling Order.

Respectfully submitted,

| _____/s/_____ | _____/s/_____ |
|---|---|
| Lisa J. Banks         #470948 | Stewart S. Manela     #948679 |
| Daniel B. Edelman     #75101 | Savalle C. Sims       #457469 |
| Debra S. Katz         # 411861 | ARENT FOX LLP |
| KATZ, MARSHALL & BANKS LLP | 1050 Connecticut Ave., N.W. |
| 1718 Connecticut Ave., N.W. | Washington, D.C. 20036 |
| Sixth Floor | Telephone: (202) 857-6000 |
| Washington, D.C. 20009 | Facsimile: (202) 857-6395 |
| Telephone: (202) 299-1140 | |
| Facsimile: (202) 299-1148 | *Counsel for Defendants/Counter-Plaintiffs* |

*Counsel for Plaintff/Counter-Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| CHRISTINE W. MCENTEE, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN COLLEGE OF CARDIOLOGY, INC. | ) |
| | )   C.A. No. 06-1813 (JR) |
| and | ) |
| | ) |
| AMERICAN COLLEGE OF CARDIOLOGY | ) |
| FOUNDATION, | ) |
| | ) |
| Defendants/Counter-Plaintiffs. | ) |
| | ) |

_____ )

## SCHEDULING ORDER

UPON CONSIDERATION of the parties' Joint Proposed Scheduling Report, it is this

_____ day of _____, 2007, hereby

ORDERED, that initial disclosures shall proceed in accordance with Fed. R. Civ. P. 26(a) and be exchanged within fifteen (15) days from the date of this Order; and it is further

ORDERED that discovery shall commence immediately and terminate within seven (7) months of the date of this Order; and it is further

ORDERED that dispositive motions, if any, shall be filed no later than thirty (30) days after the close of discovery; opposition memoranda shall be due thirty (30) days thereafter; and reply memoranda, if any, shall be due fourteen (14) days after any opposition memorandum has been filed; and it is further

ORDERED that the Court will set a post-discovery status conference by further order of the Court.

---

Hon. James Robertson
United States District Court Judge

Notice To:

Lisa J. Banks
Daniel B. Edelman
Debra S. Katz
Katz, Marshall & Banks, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140 /Telephone
(202) 299-1148 / Facsimile

*Counsel for Plaintiff/Counter-Defendant*

Stewart S. Manella
Savalle C. Sims
Arent Fox LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-6000 / Telephone
(202) 857-6395 / Facsimile

*Counsel for Defendants/Counter-Plaintiffs*