UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTINE W. MCENTEE,            :
                                 :
         Plaintiff,              :
                                 :
     v.                          : Civil Action No. 06-1813 (JR)
                                 :
AMERICAN COLLEGE OF CARDIOLOGY,  :
INC., *et al.*,                  :
                                 :
         Defendants.             :

## REFERRAL TO MEDIATION

Upon consent of the parties to mediate, it is

**ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by May 7, 2007. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on May 10, 2007.**

                              JAMES ROBERTSON
                          United States District Judge