**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTINE W. MCENTEE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-1813 (JR) |
| | : |
| AMERICAN COLLEGE OF CARDIOLOGY, INC., *et al.*, | : |
| | : |
| Defendants. | : |

### AMENDED REFERRAL TO MEDIATION

Upon consent of the parties to mediate, it is

**ORDERED** that the parties shall exchange initial disclosures within 21 days of this amended referral. It is

**FURTHER ORDERED** that this matter is referred to the Court's Alternative Dispute Resolution Program for mediation. It is

**FURTHER ORDERED** that counsel and the parties shall attend each mediation session. It is

**FURTHER ORDERED** that mediation efforts shall be concluded by May 7, 2007. It is

**FURTHER ORDERED** that if the case settles in whole or in part before such date, counsel shall advise the Court of the settlement by filing a stipulation. It is

**FURTHER ORDERED** that if no settlement is reached, a further status conference will be held at **4:30 p.m. on May 10, 2007.**

```
                                    JAMES ROBERTSON
                              United States District Judge
```