UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTINE W. MCENTEE, | ) |
| Plaintiff, | ) |
| v. | ) |
| AMERICAN COLLEGE OF CARDIOLOGY, INC. | ) C.A. No. 1:06CV01813 (JR) |
| and | ) |
| AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION | ) |
| Defendants. | ) |

### JOINT MOTION TO CONTINUE THE MEDIATION PERIOD AND RESCHEDULE STATUS CONFERENCE

Plaintiff Christine McEntee, and defendants, American College of Cardiology and American College of Cardiology Foundation, through undersigned counsel, jointly move the Court to extend the referral to the Court's mediation program until June 11, 2007 and reschedule the status conference to a date after June 11, 2007.

On March 21, 2007, the Court referred this case to the Court's mediation program for a period to conclude by May 7, 2007. The parties desire to participate in and continue with the mediation process, but will not be able to conclude the mediation process by May 7, 2000. The parties have conferred with the mediators assigned to this matter to schedule mediation sessions. The first two calendar dates when both parties and the mediators are available are May 23, 2007

and May 30, 2007. Accordingly, the parties respectfully request that the Court extend its referral to the mediation program until June 11, 2007.

In the Court's March 21, 2007, Order, the Court also set a status conference for May 10, 2007. The parties also respectfully request that the Court reschedule this status conference for a date after June 11, 2007.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Debra S. Katz    #411861 | Stewart S. Manela    #948679 |
| Lisa J. Banks    #470948 | Savalle C. Sims    #457469 |
| Daniel Edelman    #75101 | Arent Fox LLP |
| Katz, Marshall & Banks, LLP | 1050 Connecticut Ave., N.W. |
| 1718 Connecticut Ave., N.W. | Washington, D.C. 20036 |
| Sixth Floor | (202) 857-6000 / Telephone |
| Washington, D.C. 20009 | (202) 857-6395 / Facsimile |
| (202) 299-1140 / Telephone | |
| (202) 299-1148 / Facsimile | Counsel for Defendants |

Counsel for Plaintiff

DATED: April 6, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **CHRISTINE W. MCENTEE,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **AMERICAN COLLEGE OF CARDIOLOGY, INC.** | ) | |
| | ) | C.A. No. 1:06CV01813 (JR) |
| and | ) | |
| | ) | |
| **AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION** | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Upon consideration of plaintiff and defendants' Joint Motion to Continue the Mediation Period and Reschedule Status Conference and the entire record in this case, it is this _____ day of _____ 2007,

**ORDERED**, that the mediation period be and hereby is extended to June 11, 2007 and that the status Conference previously set for May 10, 2007 will be rescheduled to a date following the completion of mediation.

                                                                                                   _____
                                                                                                   Judge James Robertson
                                                                                                    United States District Judge

Date: April \_\_\_\_, 2007


Copies to:

Debra S. Katz
Lisa J. Banks
Daniel Edelman
Katz, Marshall, & Banks, LLP
1718 Connecticut Ave., N.W.
6th Floor
Washington, D.C. 20009
(202) 299-1140 / Telephone
(202) 299-1148 / Facsimile


Stewart S. Manela
Savalle C. Sims
Arent Fox LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
(202) 857-6000 / Telephone
(202) 857-6395 / Facsimile