IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE, )<br>)<br>Plaintiff/Counter-Defendant, )<br>)<br>v. )<br>)<br>AMERICAN COLLEGE OF )<br>CARDIOLOGY, INC., *et al.* )<br>)<br>Defendants/Counter-Plaintiffs. )<br>) | C.A. No. 1:06CV01813(JR) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff/Counter-Defendant Christine W. McEntee, by her undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby dismisses with prejudice Count III of her Complaint against American College of Cardiology, Inc. and American College of Cardiology Foundation. Defendants/Counter-Plaintiffs American College of Cardiology, Inc. and American College of Cardiology Foundation, by their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(c), dismiss their Counterclaims against Christine W. McEntee with prejudice.

SO STIPULATED:

FOR PLAINTIFF:

_____
Debra S. Katz. Esquire, D.C. Bar #411861
Lisa J. Banks, Esquire, D.C. Bar #470948
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140 – Telephone
(202) 299-1148 – Facsimile
*Attorneys for Plaintiff/Counter-Defendant Christine W. McEntee*
FOR DEFENDANTS:


Stewart S. Manela, Esquire, D.C. Bar # 948679
Savalle C. Sims, Esquire, D.C. Bar # 457469
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 857-6000 – Telephone
(202) 857-6395 – Facsimile

*Attorneys for Defendants/Counter-Plaintiffs American College of Cardiology, Inc. and American College of Cardiology Foundation*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE