IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTINE W. MCENTEE, </br></br> Plaintiff/Counter-Defendant, </br></br> v. </br></br> AMERICAN COLLEGE OF CARDIOLOGY, INC., *et al.* </br></br> Defendants/Counter-Plaintiffs. | C.A. No. 1:06CV01813(JR) |

## STIPULATION AND ORDER OF DISMISSAL

Plaintiff Christine W. McEntee, by her undersigned counsel, dismisses her Complaint against American College of Cardiology, Inc. and American College of Cardiology Foundation with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii); and Defendants American College of Cardiology, Inc. and American College of Cardiology Foundation, by their undersigned counsel, dismiss their Counterclaim against Christine W. McEntee, with prejudice, pursuant to Federal Rule of Civil Procedure 41(c). The parties stipulate that each party shall bear her or its own costs and attorneys' fees.

SO STIPULATED:

FOR PLAINTIFF:

_____/s/_____
Debra S. Katz. Esquire, D.C. Bar #411861
Lisa J. Banks, Esquire, D.C. Bar #470948
KATZ, MARSHALL & BANKS, LLP
1718 Connecticut Ave., N.W.
Sixth Floor
Washington, D.C. 20009
(202) 299-1140 – Telephone
(202) 299-1148 - Facsimile

*Attorneys for Plaintiff/Counter-Defendant Christine W. McEntee*

FOR DEFENDANTS:

_____/s/_____
Stewart S. Manela, Esquire, D.C. Bar # 948679
Savalle C. Sims, Esquire, D.C. Bar # 457469
ARENT FOX LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339
(202) 857-6000 – Telephone
(202) 857-8948 – Facsimile

*Attorneys for Defendants/Counter-Plaintiffs American College of Cardiology, Inc. and American College of Cardiology Foundation*

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE